No. 566. SCYPHERS *v.* ST. PAUL NATIONAL BANK. February 7, 1944. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. S. H. Sutherland* for petitioner. *Mr. Ralph T. Catterall* for respondent.

No. 567. WHOLESALE DRY GOODS INSTITUTE, INC. ET AL. *v.* FEDERAL TRADE COMMISSION. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Karl Michelet* and *Charles H. Tuttle* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Charles H. Weston* for respondent.

No. 572. LEVY ET AL. *v.* UNITED STATES. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Eben Lesh* and *Walter Bachrach* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Edward G. Jennings* and *W. Marvin Smith* for the United States.

No. 574. COOMBS, TRUSTEE, *v.* UNITED STATES. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Max L. Rosenstein* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 575. ABRAMS ET AL. *v.* SCANDRETT ET AL., TRUSTEES. February 7, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit de-